Glennon Leible and Ila Mae Leible, Defendants-Appellants, Ruth Rubinstein, Defendant, v. Lester Lofts, et al., Plaintiffs-Appellees.

Gen. No. 68–72.

Fifth District.

June 12, 1969.

A. Alan Hart, of Alton, for appellants; Richard A. Cagle, of Alton, for appellees. Opinion PER CURIAM. Not to be published in full.